UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KWESI MUHAMMAD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KATHERYN KESTERSON, et al.,<br><br>　　　　Defendants. | No. 2:18-cv-2775 AC P<br><br><br>ORDER |

Following removal of this prisoner civil rights case from state to federal court, documents served on plaintiff at his last address of record were returned by the postal service. See ECF No. 2. Review of the Inmate Locator website operated by the California Department of Corrections and Rehabilitation (CDCR) indicates that plaintiff has been transferred from Deuel Vocational Institution to the Correctional Training Facility in Soledad.[1]

Accordingly, IT IS HEREBY ORDERED that the Clerk of Court shall:

1. Designate plaintiff's current address on the docket; and

////

////

---

[1] See http://inmatelocator.cdcr.ca.gov/search.aspx. See also Fed. R. Evid. 201 (court may take judicial notice of facts that are capable of accurate determination by sources whose accuracy cannot reasonably be questioned).

1

2. Re-serve the returned documents to plaintiff at his current address.

DATED: November 13, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE