UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KWESI MUHAMMAD,<br><br>    Plaintiff,<br><br>    v.<br><br>KATHERYN KESTERSON, et al.,<br><br>    Defendants. | No.  2:18-cv-2775 WBS AC P<br><br>FINDINGS AND RECOMMENDATIONS |

    Plaintiff is a state prisoner incarcerated at the California Training Facility who challenges conditions of his prior confinement at Deuel Vocational Institution (DVI).  Plaintiff commenced this action and another, related action in the San Joaquin County Superior Court.  Both cases were removed to this court by defendants, who paid the filing fees and filed related-case notices.

    The undersigned screened the nearly identical First Amended Complaints (FACs) in both cases under 28 U.S.C. § 1915A and found the actions properly related.  ECF No. 11.  Each complaint challenged the conduct of two defendants (with a total of four defendants named in the two cases), each of whom allegedly denied plaintiff's requests for shower accommodations following foot surgery.  The undersigned declined to direct service of either complaint, but in granting leave to amend directed that plaintiff consolidate his claims by filing a Second Amended Complaint (SAC) in Muhammad v. Seibel et al., Case No. 2:18-cv-2831 AC P, *only*.  Plaintiff timely filed a SAC in that case, which is now before the undersigned for screening.

1

There have been no further filings in the instant case. As a result, the instant case should be dismissed as duplicative.

Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

These findings and recommendations are submitted to the United States District Judge assigned to this case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen (14) days after being served with these findings and recommendations, plaintiff may file written objections with the court. Such document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: September 23, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2