UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KWESI MUHAMMAD, | No. 2:18-cv-2775 WBS AC P |
| Plaintiff, | |
| v. | ORDER |
| KATHERYN KESTERSON, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, pursues this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 24, 2020, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. ECF No. 12. Plaintiff has filed objections to the findings and recommendations. ECF No. 13.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

////

1  Accordingly, IT IS HEREBY ORDERED that:

2  1. The findings and recommendations filed September 24, 2020, are adopted in full; and

3  2. This action is dismissed without prejudice because duplicative of plaintiff's related

4  case, <u>Muhammad v. Seibel et al.</u>, Case No. 2:18-cv-2831 WBS AC P, which proceeds on a

5  Second Amended Complaint.

6  Dated: October 14, 2020

   WILLIAM B. SHUBB
   UNITED STATES DISTRICT JUDGE

12  muha2775.805